McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICOL HAGGAR; individually,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY and DOES I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00167-APG-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR LIBERTY MUTUAL TO FILE RESPONSIVE PLEADING** |

Defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") and Plaintiff Nicol Haggar ("Plaintiff"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, this case was commenced in the Eighth Judicial District Court of Nevada, Clark County on November 30, 2023, less than one year from the time the Notice of Removal was filed by Liberty Mutual. [ECF No. 1-1];

**WHEREAS**, on January 25, 2024, Liberty Mutual filed a Petition for Removal to this Court [ECF No. 1];

**WHEREAS,** on January 30, 2024, this Honorable Court filed an Order to Show Cause to

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:24-cv-00167-APG-DJA
STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR LIBERTY MUTUAL TO FILE RESPONSIVE PLEADING

1  Liberty Mutual, to show cause regarding subject matter jurisdiction. This deadline is February 12,
2  2024. [ECF No. 6];

3       **WHEREAS,** Defendant Liberty Mutual's deadline for their responsive pleading is currently
4  February 2, 2024, and has not yet expired;

5       **WHEREAS**, as the deadline for Liberty Mutual to show cause is February 12, 2024, the
6  parties request an extension to Liberty Mutual's responsive pleading deadline;

7       **NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby
8  stipulate and agree as follows:

9       1.   Liberty Mutual's deadline to file a responsive pleading will be extended by three
10  weeks, from February 2, 2024 to **February 23, 2024**.

11  Dated: January 31, 2024                    McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP

                                        By: _____/s/ Stacy Norris_____
                                                Jonathan W. Carlson
                                                Nevada Bar No. 10536
                                                Cheryl A. Grames
                                                Nevada Bar No. 12752
                                                Stacy Norris
                                                Nevada Bar No. 15445
                                                Attorneys for Defendant

19  Dated: January 31, 2024                    BOYACK LAW GROUP

                                        By: _____/s/ Bryan A. Boyack_____
                                                Bryan A. Boyack, Esq.
                                                Nevada Bar No. 9980
                                                Attorney for Plaintiff

**IT IS SO ORDERED:**
   DATED: 2/1/2024

   _____
   DANIEL J. ALBREGTS
   UNITED STATES MAGISTRATE JUDGE