# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOL HAGGAR, | Case No.: 2:24-cv-00167-APG-DJA |
| Plaintiff | **Order Remanding Case for Lack of Subject Matter Jurisdiction** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendant | |

Defendant Liberty Mutual Insurance Company removed this action based on diversity jurisdiction. ECF No. 1.  Because Liberty offered insufficient facts to support the court's exercise of jurisdiction, I ordered Liberty to show cause why I should not remand the case for lack of subject matter jurisdiction. ECF No. 6.  Liberty's response to the order to show cause relies on the same evidence as the notice of removal. ECF No. 10.  For the reasons discussed in my prior order, Liberty has not shown by a preponderance of the evidence that the amount in controversy has been satisfied, and I must resolve all doubts in favor of remand.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings.  The clerk of the court is instructed to close this case.

DATED this 13th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE